# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

THE CITY OF OKLAHOMA CITY,               )

       Plaintiff,                                          )

vs.                                                          )      NO. CIV-15-0273-HE
                                       )      NO. CIV-15-0274-HE
A 100 FOOT WIDE PERMANENT          )      NO. CIV-15-0275-HE
EASEMENT and RIGHT-OF-WAY FOR   )      NO. CIV-20-0019-HE
PUBLIC UTILITY WATER PIPELINES,     )      NO. CIV-20-0020-HE
*et al.*,                                                  )      NO. CIV-20-0021-HE
                                       )      NO. CIV-20-0022-HE
       Defendants.                                     )      NO. CIV-20-0023-HE
                                       )      NO. CIV-20-0024-HE
                                       )      NO. CIV-20-0025-HE
                                       )      NO. CIV-20-0026-HE
                                       )      NO. CIV-20-0027-HE
                                       )      NO. CIV-20-0028-HE
                                       )      NO. CIV-20-0029-HE
                                       )      NO. CIV-20-0030-HE
                                       )      NO. CIV-20-0031-HE

## <u>JUDGMENT</u>

In accordance with the Order Approving Settlement Agreement separately entered this date, judgment is entered in these consolidated cases approving and confirming the settlement and agreement of the parties as to the easements being acquired by the City of Oklahoma City over and through the lands which are the subject of the captioned condemnation proceedings.  The parties are the City of Oklahoma City, the United States of America in its capacity as trustee for the individual Indians owning beneficial interests in the subject tracts of land and as trustee for the Absentee Shawnee Tribe of Indians of Oklahoma (the "Tribe") as to tracts in which it owns, or may own in the future, interests,

and also the Tribe itself as to the tracts in which the Tribe has or may acquire an interest. The Tribe has consented to the jurisdiction of this court.

The Master Settlement Agreement is **APPROVED**.  The easements granted pursuant to the agreement are also approved.  Reference is made to the joint motion for approval of settlement agreement [Doc. #56], the Master Settlement Agreement and documents referenced therein [Doc. #56-2], and the court's order of May 24, 2021 [Doc. #57], all as filed in Case No. CIV-15-273, which are deemed incorporated in and applicable to each of the captioned cases.

The court retains jurisdiction to resolve any disputes which may arise out of the Master Settlement Agreement or the easements.  The captioned cases, previously consolidated for purposes of consideration of the parties' settlement, are severed as to any future enforcement proceedings.

**IT IS SO ORDERED**.

Dated this 24th day of May, 2021.

JOE HEATON
UNITED STATES DISTRICT JUDGE